IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EMILIO R. PAVON,                    )
                                   )
              Plaintiff,           )           4:07cv3021
                                   )
       vs.                         )     MEMORANDUM AND ORDER
                                   )
NORFOLK POLICE DEPARTMENT,         )
et al.,                            )
                                   )
              Defendants.          )


       This matter is before the court on filing no. 7, the Motion for Appointment of Counsel filed by the plaintiff, Emilio R. Pavon.  The plaintiff is a prisoner in the custody of the Nebraska Department of Correctional Services ("DCS"), who asserts federal civil rights claims pursuant to 42 U.S.C. § 1983.

       Unlike criminal prosecutions, the court cannot routinely appoint counsel in civil cases.  In this litigation, as in Phillips v. Jasper County Jail, 437 F.3d 791, 793 (8th Cir. 2006), the record has not been sufficiently developed to determine whether appointment of counsel is justified.  "There is no constitutional or statutory right to appointed counsel in civil cases .... Rather, when an indigent prisoner has pleaded a nonfrivolous cause of action, a court '*may*' appoint counsel.  Id. at 794 (emphasis in original, citations omitted). In Davis v. Scott, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court explained: "The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel, taking into account the factual and legal complexity of the case, the presence or absence of conflicting testimony, and the plaintiff's ability to investigate the facts and present his claim." (Citations omitted.)   At this time, I find that appointment of an attorney would be premature. The plaintiff should be capable of presenting his claims and at least beginning discovery.  In addition, he has made no record of attempts to obtain counsel, e.g., on a contingent fee basis.  Filing no. 7 is denied.

       SO ORDERED.

       DATED this 23rd day of May, 2007.

                                   BY THE COURT:



                                   s/ F. A. GOSSETT
                                   United States Magistrate Judge