IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EMILIO R. PAVON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 4:07CV3021** |
| | ) | |
| v. | ) | |
| | ) | |
| **NORFOLK POLICE DEPARTMENT,** | ) | **ORDER** |
| and **CHAP LEON, Capt.**, sued in his | ) | |
| official and individual capacities., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on the Plaintiff's Motion for Leave of Court to Amend Complaint (Filing No. 20) and Motion to Amend Complaint. (Filing No. 21). These motions are denied for the reason that no facts are alleged to state any additional claims.

SO ORDERED.

DATED this 25th day of June, 2007.

                                        BY THE COURT:

                                        s/ FA Gossett
                                        United States Magistrate Judge