# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EMILIO R. PAVON,** | 4:07CV3021 |
| **Plaintiff,** | |
| v. | **ORDER** |
| **NORFOLK POLICE DEPARTMENT,** and **CHAP LEON, Capt., sued in his official and individual capacities,** | |
| **Defendants.** | |

This matter is before the court on Plaintiff's November 9, 2007, Motion for Reconsideration Regarding Judgment. (Filing No. 27.) Summarized, Plaintiff seeks reconsideration of the court's October 29, 2007, Memorandum and Order and Judgment (Filing Nos. 25 and 26) which dismissed this matter with prejudice because Plaintiff failed to state a claim upon which relief may be granted.

The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its October 29, 2007, Memorandum and Order or Judgment. Plaintiff's Motion is therefore denied in its entirety.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration Regarding Judgment (Filing No. 27) is denied.

DATED this 26th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge